**United States Bankruptcy Court**
**Western District of Pennsylvania**

In re **Amy Stash** Case No. **23-21612**
Debtor(s) Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Amy Stash**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **August 30, 2023** Signature **/s/ Amy Stash**
**Amy Stash**
Debtor

| H | PAYLOC | FINANCE NO. | | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|---|---|
| H | H02 | 41-4668 | A | STASH | 06280718 | 12 23 | 71345901 |

DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | H002 | 1994 | 780 | W | 2933 | 58484 |
| 2 | A991 | 1994 | 780 | W | 1257 | 25065 |
| 1 | H002 | 1994 | 780 | W | 3948 | 78723 |
| 1 | A991 | 1994 | 780 | O | 548 | 16391 |
| 1 | A991 | 1994 | 780 | W | 52 | 1037 |
| 2 | H002 | 3970 | G44 | G | 400 | |
| 1 | H002 | 3970 | G44 | G | 600 | |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 179700 | 2158820 |
| FED TAX HD | 10747 | 135830 |
| ST TAX PASO | 5517 | 66278 |
| RETIRE | 00 | 00 |
| MEDICARE | 2606 | 31303 |
| UN R | 1198 | 14181 |
| SOSEC | 11142 | 133847 |
| EM-G | 00 | 175482 |

LEAVE STATUS

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 400 |
| AL PRIOR YR BAL | 300 |
| + AL EARNED YTD | 500 |
| + AL HOL EARNED YTD | 000 |
| - AL USED YTD | 000 |
| = EARNED AL BAL | 800 |
| + AL ADVANCED | 000 |
| = AVAIL AL BAL | 800 |
| AL USED THIS PP | 000 |
| SICK LEAVE(SL) CAT: | 000 |
| SL PRIOR YR BAL | 000 |
| + SL EARNED YTD | 000 |
| - SL USED YTD | 000 |
| = CURRENT SL BAL | 000 |
| SL USED THIS PP | 000 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 000 |
| PP01 TO CURRENT PP | 000 |
| USPS RETIREMENT | 0.00 |

NET PAY 1484.90

EARNINGS STATEMENT

PS FORM 1223-B, JUNE 1985

UNITED STATES POSTAL SERVICE®

FACE OF THIS DOCUMENT PRINTED IN RED, BLUE & GRAY INKS

**PAYROLL CHECK**

EAGAN MN 55121-9640

VOID AFTER ONE YEAR

DATE 06-09-2023

G 75123096 50-937/213 CHECK No. R 71345901

$***1484DOLLARS90CENTS

$***1484.90

PAY TO THE ORDER OF
AMY STASH
117 RICHMOND ST
LOYALHANNA PA 15661-9706

JPMorgan Chase Bank, N.A.
Syracuse, NY 13212-4710

TREASURER

⑈71345901⑈ ⑆021309379⑆ 844016790⑈

| H | H02 | 41-4668 | A | STASH | 06280718 | 13 23 | 71404575 |
|---|---|---|---|---|---|---|---|
| | PAYLOC | FINANCE NO. | | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |

DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | A002 | 1994 | 780 | W | 485 | 9671 |
| 2 | H002 | 1994 | 780 | 2 | 50 | 997 |
| 2 | H002 | 1994 | 780 | W | 2200 | 44865 |
| 2 | K004 | 1994 | 780 | 2 | 25 | 498 |
| 2 | K004 | 1994 | 780 | W | 840 | 17248 |
| 2 | A991 | 1994 | 780 | W | 658 | 13121 |
| 1 | A001 | 1994 | 780 | W | 298 | 5942 |
| 1 | H002 | 1994 | 780 | W | 3222 | 64247 |
| 1 | A991 | 1994 | 780 | O | 187 | 5593 |
| 1 | A991 | 1994 | 780 | W | 480 | 9571 |
| 2 | A002 | 975 | E44 | H | 400 | 3900 |
| 2 | H002 | 3970 | G44 | G | 300 | 5983 |
| 2 | K004 | 5582 | E42 | T | 100 | 5582 |
| 1 | H002 | 3970 | G44 | G | 500 | |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 170258 | 2329078 |
| FED TAX HO | 9614 | 145444 |
| ST TAX PAS0 | 5227 | 71505 |
| RETIRE | 00 | 00 |
| MEDICARE | 2469 | 33772 |
| UN R | 1198 | 15379 |
| SOSEC | 10556 | 144403 |
| NET | 141194 | |
| EM-E | 15465 | 190947 |

LEAVE STATUS

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 400 |
| AL PRIOR YR BAL | 300 |
| + AL EARNED YTD | 550 |
| + AL HOL EARNED YTD | 000 |
| - AL USED YTD | 000 |
| = EARNED AL BAL | 850 |
| + AL ADVANCED | 000 |
| = AVAIL AL BAL | 850 |
| AL USED THIS PP | 000 |
| SICK LEAVE(SL) CAT: | 000 |
| SL PRIOR YR BAL | 000 |
| + SL EARNED YTD | 000 |
| - SL USED YTD | 000 |
| = CURRENT SL BAL | 000 |
| SL USED THIS PP | 000 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 000 |
| PP01 TO CURRENT PP | 000 |
| USPS RETIREMENT | 0.00 |

NET PAY 1566.59

PS FORM 1223-B, JUNE 1985 EARNINGS STATEMENT

UNITED STATES POSTAL SERVICE®

FACE OF THIS DOCUMENT PRINTED IN RED, BLUE & GRAY INKS

EAGAN MN 55121-9640

VOID AFTER ONE YEAR

DATE 06-23-2023

G 75184429 50-937/213 CHECK NO. R 71404575

PAYROLL CHECK

$***1566DOLLARS59CENTS

$***1566.59

PAY TO THE ORDER OF
AMY STASH
117 RICHMOND ST.
LOYALHANNA PA 15661-9706

JPMorgan Chase Bank, N.A.
Syracuse, NY 13212-4710

TREASURER

⑈71404575⑈ ⑆021309379⑆ 844016790⑈

| PAYLOC | FINANCE NO. | | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|---|
| K K04 | 41-4668 | A | STASH | 06280718 | 14 23 | 71461226 |

DETAIL EARNINGS

| NR | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | H002 | 1994 | 780 | W | 2200 | 43868 |
| 2 | K004 | 1994 | 780 | W | 1680 | 33499 |
| 2 | A991 | 1994 | 780 | W | 350 | 6979 |
| 1 | K004 | 1994 | 780 | W | 3938 | 78524 |
| 1 | A991 | 1994 | 780 | O | 1328 | 39721 |
| 1 | A991 | 1994 | 780 | W | 62 | 1236 |
| 2 | H002 | 3970 | G44 | G | 300 | |
| 2 | K004 | 5582 | E42 | T | 200 | 11164 |
| 1 | K004 | 5582 | E42 | T | 500 | 27910 |

GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 203827 | 2532905 |
| FED TAX HD | 13642 | 159086 |
| ST TAX PASO | 6257 | 77762 |
| RETIRE | 00 | 00 |
| MEDICARE | 2955 | 36727 |
| UN R | 1198 | 16577 |
| SOSEC | 12637 | 157040 |
| NET | 167138 | |
| EM-E | 39074 | 230021 |

LEAVE STATUS

| | |
|---|---|
| ANNUAL LEAVE(AL) CAT: | 4.00 |
| AL PRIOR YR BAL | 300 |
| + AL EARNED YTD | 600 |
| + AL HOL EARNED YTD | 000 |
| - AL USED YTD | 000 |
| = EARNED AL BAL | 900 |
| + AL ADVANCED | 000 |
| = AVAIL AL BAL | 900 |
| AL USED THIS PP | 000 |
| SICK LEAVE(SL) CAT: | 0.00 |
| SL PRIOR YR BAL | 000 |
| + SL EARNED YTD | 000 |
| - SL USED YTD | 000 |
| = CURRENT SL BAL | 000 |
| SL USED THIS PP | 000 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 000 |
| PP01 TO CURRENT PP | 000 |
| USPS RETIREMENT | 0.00 |

NET PAY 2062.12

EARNINGS STATEMENT
PS FORM 1223-B, JUNE 1985

UNITED STATES POSTAL SERVICE

FACE OF THIS DOCUMENT PRINTED IN RED, BLUE & GRAY INKS

EAGAN MN 55121-9640

VOID AFTER ONE YEAR

DATE 07-07-2023

G 75244561 50-937/213 CHECK NO. R 71461226

PAYROLL CHECK

$***2062DOLLARS12CENTS

$***2062.12

PAY TO THE ORDER OF
AMY STASH
117 RICHMOND ST
LOYALHANNA PA 15661-9706

JPMorgan Chase Bank, N.A.
Syracuse, NY 13212-4710

TREASURER

⑈71461226⑈ ⑆021309379⑆ 844016790⑈

| K | PAYLOC | FINANCE NO. | | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |
|---|---|---|---|---|---|---|---|
| K | K04 | 41-4668 | A | STASH | 06280718 | 15 23 | 71518013 |

**DETAIL EARNINGS**

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | AD03 | 1994 | 780 | O | 237 | 7089 |
| 2 | HD02 | 1994 | 780 | W | 1855 | 36989 |
| 2 | KD04 | 1994 | 780 | W | 2145 | 42771 |
| 1 | AD03 | 1994 | 780 | W | 500 | 9970 |
| 1 | A998 | 1994 | 780 | W | 138 | 2752 |
| 1 | HD02 | 1994 | 780 | W | 733 | 14616 |
| 1 | KD04 | 1994 | 780 | 2 | 90 | 1794 |
| 1 | KD04 | 1994 | 780 | W | 3360 | 68792 |
| 2 | HD02 | 4110 | G44 | G | 300 | |
| 2 | KD04 | 5795 | E42 | T | 300 | 17385 |
| 1 | AD03 | 4130 | E41 | T | 100 | 4130 |
| 1 | HD02 | 4110 | G44 | G | 100 | |
| 1 | KD04 | 5795 | E42 | T | 400 | 23180 |

**GROSS TO NET**

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 182979 | 2715884 |
| FED TAX HO | 11141 | 170227 |
| ST TAX PASO | 5617 | 83379 |
| RETIRE | 00 | 00 |
| MEDICARE | 2653 | 39380 |
| UN R | 1198 | 17775 |
| SOSEC | 11345 | 168385 |
| NET | 151025 | |
| EM-E | 44695 | 274716 |

**LEAVE STATUS**

| | |
|---|---|
| ANNUAL LEAVE (AL) CAT: | 400 |
| AL PRIOR YR BAL | 300 |
| + AL EARNED YTD | 650 |
| + AL HOL EARNED YTD | 000 |
| - AL USED YTD | 000 |
| = EARNED AL BAL | 950 |
| + AL ADVANCED | 000 |
| = AVAIL AL BAL | 950 |
| AL USED THIS PP | 000 |
| SICK LEAVE (SL) CAT: | 000 |
| SL PRIOR YR BAL | 000 |
| + SL EARNED YTD | 000 |
| - SL USED YTD | 000 |
| = CURRENT SL BAL | 000 |
| SL USED THIS PP | 000 |
| LEAVE WITHOUT PAY (LWOP) | |
| PAY PERIOD LWOP | 000 |
| PP01 TO CURRENT PP | 000 |
| USPS RETIREMENT | 0.00 |

NET PAY 1957.20

EARNINGS STATEMENT
PS FORM 1223-B, JUNE 1985

UNITED STATES POSTAL SERVICE®

FACE OF THIS DOCUMENT PRINTED IN RED, BLUE & GRAY INKS.

PAYROLL CHECK

EAGAN MN 55121-9640

DATE 07-21-2023

VOID AFTER ONE YEAR

G 75304619   50-937/213   CHECK NO. R 71518013

$***1957DOLLARS20CENTS

$***1957.20

PAY TO THE ORDER OF
AMY STASH
117 RICHMOND ST.
LOYALHANNA PA 15661-9706

JPMorgan Chase Bank, N.A.
Syracuse, NY 13212-4710

TREASURER   MP

⑈71518013⑈ ⑆021309379⑆ 844016790⑈