IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Amy Stash<br>                 Debtor<br><br>M&T Bank<br><br>                 Movant<br>    v.<br>Amy Stash<br><br>                 Respondent<br>   and<br>Ronda J. Winnecour, Trustee<br>                 Additional Respondent | NO. 23-21612 JCM<br><br>CHAPTER 13<br><br>Related to Docs. 30 |

## STIPULATION AND ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, M&T Bank held a loan secured by a mortgage on Debtor's real property located at 117 Richmond Street Loyalhanna, PA 15661;

WHEREAS, as foreclosure action was initiated, and a final judgment of foreclosure was entered.

WHEREAS, 117 Richmond Street Loyalhanna, PA 15661 was sold at Sheriff Sale on July 3, 2023.

WHEREAS, Debtor and other occupants (Levi Stash and Zachary Stash) are currently still residing in the property.

WHEREAS, both parties have agreed to enter a Stipulation for Cash for Keys to which the Debtor will vacate the real property.

It is therefore Stipulated and agreed as follows:

1. The only occupants of 117 Richmond Street Loyalhanna, PA 15661 are: Amy Stash, Levi Stash and Zachary Stash (hereinafter "occupants").

2. Beginning December 1, 2023, Debtor and all occupants have agreed to vacate the real property on or before Thursday, February 1, 2024.

3. In rem relief from the automatic stay is hereby granted; however, M&T shall not schedule an eviction date prior to February 1, 2024.

4. Real property should be left in broom swept condition to which any remaining articles left in property shall be deemed abandoned and M&T may immediately dispose of them in any manner it sees fit.

5. Debtor shall forward an executed IRS W-9 to counsel for creditor within 30 days of this order. A check will not be issued to debtor is a W-9 has not been received.

6. Movant's real estate broker will meet the debtor and occupants at the property on February 1, 2024 (or earlier as agreed by the parties) to inspect and walk through the property.

7. Once the inspection is complete, the real estate broker shall provide the Debtor a check in the amount of $4,000.00.

Consented to by:

| | |
|---|---|
| /s/ *Lawrence W. Willis, Esquire* | /s/ *Brian C. Nicholas, Esquire* |
| Lawrence W. Willis, Esquire | Brian C. Nicholas, Esquire |
| PA ID No. 85299 | PA ID No. 317240 |
| Willis & Associates | KML Law Group, P.C. |
| Attorney for Debtor | Attorney for Movant |
| 201 Penn Center, Suite 310 | 701 Market Street, Suite 5000 |
| Pittsburgh, PA 15235 | Philadelphia, PA 19106 |
| Phone: 412-235-1721 | Phone: 215-627-1322 |
| lawrencew@urfreshstrt.com3 | bnicholas@kmllawgroup.com |

Other occupants in residence 18 years of age and above:

_____
Zachary Stash

_____
Levi Stash

On this \_\_10\_\_ day of \_\_December\_\_, 2023, it is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

_____
John C. Melaragno, Judge  jlm
United States Bankruptcy Court

SIGNED
12/18/23 11:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA